## JAMES McMANUS *versus* LOWRIN MARSH

JOURNAL ENTRIES (1821): *Journal 3:* (1) Motion to strike from docket *p. 245; (2) motion to strike granted *p. 247.

PAPERS IN FILE: [None]

*1821 Calendar*, MS p. 102.

## STEPHEN MACK AND SHUBAEL CONANT, MERCHANTS TRADING UNDER THE FIRM OF MACK & CONANT, *versus* AUSTIN E. WING

JOURNAL ENTRIES (1821): *Journal 3:* (1) Previous entry of settlement ordered stricken, continued *p. 249.

PAPERS IN FILE: (1) Writ of certiorari; (2) transcript of county court record.

*Office Docket*, MS p. 121, c. 25. Recorded in *Book A*, MS pp. 459–67.